In the Matter of the Accounting of the Executors of JACOB APPELL, Deceased.

AMANDA A. EVANS, Individually and as Executrix of and Trustee under the Will of JACOB APPELL, Deceased, et al., Appellants; ALBERT J. APPELL, Individually and as Executor of JACOB APPELL, Deceased, et al., Respondents.

*Executors and administrators — accounting — when taxes chargeable to income — when cost of mausoleum not chargeable against estate — allowance for counsel fees — payments on account of mortgages correctly charged to principal.*

*Matter of Appell,* 199 App. Div. 580, affirmed.

(Argued October 16, 1922; decided November 28, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 27, 1922, which modified and affirmed as modified a decree of the New York County Surrogate's Court settling the account of Amanda A. Evans, as executrix of and trustee under the will of Jacob Appell, deceased. The Appellate Division held that taxes not fixed in amount at the time of the death of testator were not a charge against the estate which should be paid out of capital but were a charge against the income of the year in which they were payable; that the cost of an elaborate mausoleum was not properly chargeable against

the estate; that counsel fees were allowable only to the extent that their value was proved, and that payments or account of mortgages were correctly charged to principal.

*Gustav Lange, Jr.*, for appellants.

*Frank C. Laughlin* and *Albert J. Appell* for executor of Jacob Appell, deceased, respondent.

*George A. Blauvelt* for Anna T. Appell et al., respondents.

Order affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Hogan, Cardozo, Pound, McLaughlin, Crane and Andrews, JJ.